UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABBY CANCEL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SUSAN HUBBARD, Director,<br><br>　　　　　Respondent. | No. CV 09-6599-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: 5-31-11

　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE